## Exhibit A to the Complaint

**Location:** The Bronx, NY  **IP Address:** 96.246.185.89
**Total Works Infringed:** 54  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AF8746382070C287BE048A3850E276C0BF19155A<br>File Hash:<br>23F0880C6A6D0B92DAF60086D2FB5D4E60CD448A879ACA653466E862608617FD | 11-13-2023 17:03:18 | Tushy | 09-17-2023 | 10-18-2023 | PA0002435347 |
| 2 | Info Hash: 2728B98A89D318290808886883CA085CF873313E<br>File Hash:<br>58B53C3921E1CD13C4C41307F7A58BEC53AAB5A95A7902464C0F5F31977DA652 | 11-06-2023 20:54:25 | Blacked | 11-04-2023 | 11-13-2023 | PA0002439565 |
| 3 | Info Hash: AA959FA39BF589F0D768F02CF45C4CFC191F4703<br>File Hash:<br>EF31BF9700CCA87B3FB27481B124A324F141739CAC244A0F1578EA4741D7BF4F | 10-30-2023 18:16:22 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 4 | Info Hash: 22A33D5832765A307DACBD384F85BC88C99F909B<br>File Hash:<br>C1709914FF5868EEDE6A812D200F06B64CDCC78AC23E9A3FF49666CDC4C6A123 | 10-26-2023 14:52:31 | Blacked Raw | 10-23-2023 | 11-13-2023 | PA0002439616 |
| 5 | Info Hash: 23D3CE3557E644C17418CEAC4812D24F84D107B8<br>File Hash:<br>050694B6087D17EBDC739FFD3B751DFE4CE02B713A23288972DF4DE645FD86ED | 10-18-2023 20:32:53 | Blacked Raw | 10-16-2023 | 11-13-2023 | PA0002439580 |
| 6 | Info Hash: 8AD3EA3F571349E2237D5EE2E15CD203EC0E810B<br>File Hash:<br>4150531AC2BC3F50BA1AA247B60F6EC6674B7A69BD6C3273615BB4A5A9704411 | 10-10-2023 21:14:40 | Blacked | 10-07-2023 | 10-18-2023 | PA0002435291 |
| 7 | Info Hash: 48A0D7DF6BA9EA1A21E6F0B63A2F4FD531BD4000<br>File Hash:<br>D4EDD8DD8B6C9211DA74961DDA8FA92D7A9FD726206F238699F4CA90A0D9C00B | 10-10-2023 20:46:02 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 8 | Info Hash: F804E4D8E065CBF4DCF90E73A5AD05A47D9778C8<br>File Hash:<br>7779256030E63BC23C91FCCE35EAB9FFC2E9BD68F0EDDE32875ABA2C43B0DF54 | 10-05-2023 14:20:38 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 9 | Info Hash: C72A57DB09EE073AA8591616D40DF785213BAAF3<br>File Hash:<br>F9597531B6619EA952B89C5A9E773E589103E0385662E4D87581095A29A02569 | 08-29-2023 18:23:17 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 10 | Info Hash: 9F1CE5768C904BF6F093D16E7CC1AEDA3531BE0D<br>File Hash:<br>A074D5E355EF193297A5227D218080464CCB1E2DECBE68DB8D4FB812D25F4C81 | 08-27-2023 22:27:07 | Blacked | 08-26-2023 | 09-18-2023 | PA0002430902 |
| 11 | Info Hash: D82754DD91BBD46F30405123F047CE06BACF1373<br>File Hash:<br>9485F61426A9559BF55980FF3856BC1B9C0F9A0760B3EFAE4089080612EFAB99 | 08-22-2023 11:54:37 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 842EE66BE0860FC2533B4FD797D1F9B878D857CB<br>File Hash: 475031CEB4AAB7A6170B61901A65A7FA37333E5B13B3A46CCD6A48F479BFD7BF | 08-18-2023 17:12:01 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 13 | Info Hash: 1C9DE0F772ADC9DC8366EEB31979E12B14583E50<br>File Hash: DDB11A2D93D5E2102623310969DAB1352B63A27B0169367870C9F48EA2EDB308 | 08-18-2023 17:00:37 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 14 | Info Hash: 0DF1373C93DA975A7D024971056E529803819C53<br>File Hash: A204ECBEE695809D1D1B97C23F091C60C801355D79D0FE46F3FD18ACE9B9527F | 08-18-2023 16:52:36 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 15 | Info Hash: EA42E1D5885851A9EE4FA5060EDB97A2519465AB<br>File Hash: A04EAFED6BA0D6B11BC57AA20E06EFCCE7FB33272352356422C1AF337C56343D | 08-18-2023 16:30:24 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 16 | Info Hash: C1697BE3D9BA9E2F93B59DFFDC9FA7EC4C373E72<br>File Hash: 7FE200E4A6EB93FFF11AD47A45057533E221657A0778AFAC9D29C5F7CBA08238 | 08-18-2023 16:27:33 | Blacked Raw | 08-14-2023 | 10-18-2023 | PA0002435302 |
| 17 | Info Hash: 4AA9A8A6213A477B01AD3386E111F6B7C9A946F3<br>File Hash: B9207AA354F2EE803A69B743F73D89E9BEF5C23238B767B2D0BC5BA3F558EDA5 | 08-17-2023 18:31:13 | Blacked | 08-12-2023 | 10-18-2023 | PA0002435264 |
| 18 | Info Hash: 11DD80C2F946F36B0D9BE0BAD07FBA30950E35C0<br>File Hash: EEAFFD91D5D327858DAA041C03C49777DEBF69252E3D23ECB1E6C0D0136BD87B | 07-30-2023 14:59:09 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 19 | Info Hash: EBD1A0130D2765D9E82035ADAE93D5D368809327<br>File Hash: A40D67C01EAE47E591E4BBB126E37E86EF5EE0259A586B7D47C6C09EAC6441CF | 06-25-2023 15:01:57 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 20 | Info Hash: 39C591A3B3973D7AB6F60E6A019A37CE85831F25<br>File Hash: E6C2CB247F7F6A46340724BECDF0FFBCB69FDA78AE3193C9535596C7C17C2197 | 06-14-2023 12:21:10 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 21 | Info Hash: 5E0E752DA71A79D5DF23B90E6C50CAAF193DFA45<br>File Hash: 3B3FC8198FCCDFA72CBEC918979F913EA072D55561D34DDAE06225073D260BF6 | 05-30-2023 13:17:54 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 22 | Info Hash: 0DC6379EAF03383945C8F9D7565E5C30DA862ED0<br>File Hash: 9F4F798AE7FEBE735343151BD9AEDFA7ADC2A0718181AABA44B1F9F5B9D28409 | 05-30-2023 13:15:57 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 23 | Info Hash: 722F66484C566568F10FB5F56E908BBEE9405D93<br>File Hash: 052A6BAD1812AFFACF2087780EC66F47E61FFA08FD62D432CB2E7DEC7C012B26 | 05-30-2023 13:10:45 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash: AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-30-2023 13:05:35 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 25 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash: 0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 05-30-2023 12:43:11 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 26 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash: DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05-18-2023 13:09:00 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 27 | Info Hash: 3F1775C42C684FB5ED6F59544723BAF7F1738B43<br>File Hash: 693C113203BC1DBFDE6EAF8C89F16454B7E4358A80DFCDAC5C565DED17BE5136 | 05-18-2023 13:01:10 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 28 | Info Hash: 3FD934424B28B5BD8B23C1B69ABBA61109FA67CF<br>File Hash: F15DD0F6FAC922F2FCAF422BFAAE2CE56F17A128FBFDA15E922A3A29D87575B9 | 05-18-2023 12:49:05 | Blacked Raw | 05-14-2023 | 06-09-2023 | PA0002415357 |
| 29 | Info Hash: 08B38BE581E833DC9E28280C10CF59A089A02F57<br>File Hash: DDFCE6511EF710FA2DF9498E035871824E1D4BD9A6AFE02D17C2CC5D2D500BF4 | 04-30-2023 14:46:35 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 30 | Info Hash: 9E79588759F761D647051E31C6FC6175958AB01B<br>File Hash: 645ED8EDA23BAF087D9200BFE0F594A7CC91B42E31D2E1AD28F3EFDAFF458ED0 | 04-30-2023 14:27:53 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 31 | Info Hash: AE6FF119CF720A3271FB0DD93F405C53C6E55A0F<br>File Hash: EFB492DBEBF845031AF3A3EC7664516979EC39A02CE64CBA3D0F76627C43E72A | 04-18-2023 12:55:46 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 32 | Info Hash: D5B601E3297BF181A2C55EE1A41B03F1CC238275<br>File Hash: 30C5952BEDB2CDE9CCFC0199AB3C2E144AC49C61D63385FEA2A49237659D8346 | 04-18-2023 12:42:16 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 33 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash: AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 04-18-2023 12:37:27 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 34 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash: 8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-05-2023 13:51:49 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 35 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash: C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 01-02-2023 12:27:21 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 86895CC03EC0D7BD387C3EE4C768B7E41385236A<br>File Hash: F1D77EECD8E1B756CF0297F9B9829C99770B358ECE874C860DA36E8A4106B384 | 12-31-2022 12:23:27 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 37 | Info Hash: CB824E8C8C2E955B1913A116A11A448FF74ADC80<br>File Hash: BA3525EF7022D26044B192EBAA815DB0C698E500BABC616A3D36FEB4A57476DC | 12-31-2022 12:04:03 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 38 | Info Hash: E0CDE42BEB15AD73597EAB8097EE4A7E0010F954<br>File Hash: A0F2DF5B142210568CAEABDD39207E691EF85D9B250DD39B9C7D3A7DBADCC5EE | 12-31-2022 12:00:34 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 39 | Info Hash: D8764F4AF562743164F9ED9498A828FCAC0FB208<br>File Hash: F2635EF58AFC55E9452F79171FC8B38E7B21F0BBFE4D3683CA44CB699D439516 | 12-06-2022 12:13:09 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 40 | Info Hash: 9FD030F39D82AEE61DD8AB857E9909A0BE1C8CA1<br>File Hash: 8C3DAACA6DC292B5883A77B6BC1E4132AD50581A1B1EE79D0C37A1B7F6D35E05 | 12-03-2022 12:51:17 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 41 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash: 9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 12-03-2022 12:43:34 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 42 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash: BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 11-24-2022 00:52:00 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 43 | Info Hash: 450C9850EC2164A3A1119D80BEC5D6F92401928A<br>File Hash: 2CA5AFF6EE92FDBC080105A28A5CC27CACA722580B3E4AC135A617605391A431 | 11-17-2022 13:00:46 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 44 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash: FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 11-17-2022 12:36:46 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 45 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash: 9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 11-14-2022 16:09:24 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 46 | Info Hash: 96D7F360A83B1D01EC1EB0D9330E23BDE81C7803<br>File Hash: 928466666BEEF1AF37A5E1152DB97330B18AF9A635B135930C8C1102069343AC | 11-14-2022 15:56:00 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 47 | Info Hash: 95D26FABB948FB8FE36127BFFA7F810C87D756DE<br>File Hash: 7D8A3C3849C6A5E8C87FCB5A08C2904490E0DFB385374B24561D250BE08EA736 | 11-01-2022 17:31:06 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 784C39E54E32FA8C96A54C475017FFDE7F48C39B<br>File Hash: 66BBD91EAA1BBE0F5265C9253176AD64FDDE965587CA162FB49DDF2E081F7755 | 10-29-2022 13:03:23 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 49 | Info Hash: 3BA07A5A0626425EACAEC907C781A5E28FB2871E<br>File Hash: 185BCC2603876AECECA7CEB4F73D04DAE6B398D5C7BEE77C5EAA6C8D28CD4F27 | 10-29-2022 12:47:21 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 50 | Info Hash: DB6867B5E544608FD849299373175B96D97ECD8D<br>File Hash: 88DFAE9DD94A584BAE7F4A2F261D6586B30E44CFD57C4A8CAB9B25941510A822 | 10-23-2022 11:45:08 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 51 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash: D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10-20-2022 01:33:25 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 52 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-17-2022 10:09:42 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 53 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash: F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10-17-2022 09:58:50 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 54 | Info Hash: A50DA64F593C414E6332A2B987C875DFFD297BD9<br>File Hash: 3ED6AB6927CDE5BA6CD646D1BF23C0002BAB6D3F5DA15852459C776F5FB33FE5 | 10-14-2022 04:54:58 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |